JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DUMAIN, | ) Case No. SACV 23-0214-JPR |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Commissioner's request for an order affirming his final decision is GRANTED and judgment is entered in the Commissioner's favor.

DATED: March 27, 2024

_____
JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE